AO 241
(Rev. 12/04)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

07 - 495

| United States District Court | District: Delaware |
|---|---|

| Name (under which you were convicted): Recardo B. Weatherspoon | Docket or Case No.: |
|---|---|

| Place of Confinement : Delaware Correctional Center | Prisoner No.: 190626 |
|---|---|

| Petitioner (include the name under which you were convicted) Recardo B. Weatherspoon | v. | Respondent (authorized person having custody of petitioner) Warden Thomas Carroll |
|---|---|---|

| The Attorney General of the State of | Joseph R. Biden, III |
|---|---|

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court of the State of Delaware, Sussex County Courthouse, 1 The Circle, Suite 2, Georgetown, Delaware 19947.

(b) Criminal docket or case number (if you know): 0001003156.

2.   (a) Date of the judgment of conviction (if you know): June 14, 2000.

(b) Date of sentencing: June 14, 2000.

3.   Length of sentence: 17 years.

4.   In this case, were you convicted on more than one count or of more than one crime?    ☑ Yes    ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case: Delivery of Cocaine and two counts of Conspiracy 2nd degree.

6.   (a) What was your plea? (Check one)

☐ (1)   Not guilty          ☐ (3)   Nolo contendere (no con...

☑ (2)   Guilty            ☐ (4)   Insanity plea

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
AUG 13 2007
FILED

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Petitioner plead guilty to one count of Delivery of Cocaine and two counts of Conspiracy Second Degree. Petitioner did not plead guilty to three counts of Delivery of Cocaine and two counts of Conspiracy Second Degree.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9. If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

(4) Date of result (if you know): N/A

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: Superior Court of the State of Delaware.

(2) Docket or case number (if you know): 0001003156.

(3) Date of filing (if you know): August 13, 2002.

(4) Nature of the proceeding: Rule 61 motion.

(5) Grounds raised: Ineffective Assistance of Counsel, Prosecutorial Misconduct and Abuse of Discretion.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: Denied.

(8) Date of result (if you know): October 1, 2002.

AO 241
(Rev. 12/04)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: Delaware Superior Court.

    (2) Docket or case number (if you know): 000100 3156 .

    (3) Date of filing (if you know): December 2006.

    (4) Nature of the proceeding: Rule (6) motion.

    (5) Grounds raised: Prosecution failed to establish the requisite number of convictions for purposes of declaring him as habitual offender and Ineffective Assistance of Counsel.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☑ No

    (7) Result: Denied.

    (8) Date of result (if you know): January 26, 2007.

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes    ☑ No

(7) Result: N/A

(8) Date of result (if you know): N /A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      ☑ Yes    ☐ No

(2) Second petition:   ☑ Yes    ☐ No

(3) Third petition:     ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: N/A

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**    INEFFECTIVE ASSISTANCE OF COUNSEL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):  1.) Counsel pressured petitioner into signing plea agreement by using false evidence and testimony of State's witnesses; 2) Counsel failed to investigate legality of state's evidence and the legality of State's witnesses; 3.) Counsel failed to represent petitioner to counsel's fullest obligation and counsel did not fully explain full consequences of petitioner accepting plea, 4) Counsel did not pursue petitioner's innocence; and 5) Counsel's ignorance of the governing law caused counsel to fail to render inadmissible the lone evidence relied upon to support the petitioner's habitual offender status.

(b) If you did not exhaust your state remedies on Ground One, explain why: N|A.

AO 241
(Rev. 12/04)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Did not file a direct appeal.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule (61) motion.

Name and location of the court where the motion or petition was filed: Superior Court of the State of Delaware, Sussex County.

Docket or case number (if you know): 0001003156.

Date of the court's decision: October 1, 2002.

Result (attach a copy of the court's opinion or order, if available): Denied.

(3) Did you receive a hearing on your motion or petition?                        ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?                   ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court, Dover, DE.

Docket or case number (if you know): No. 591, 2002.

Date of the court's decision: February 28, 2003.

Result (attach a copy of the court's opinion or order, if available): Affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

AO 241
(Rev. 12/04)                                                                                    Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: **None** .

GROUND TWO:  Prosecutorial Misconduct.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):  Prosecution used false evidence and testimony to obtain indictments and convictions. Pressured petitioner into signing a plea when knowing petitioner was **INNOCENT** of charges and evidence did not support indictment or arrest.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Did Not file a direct appeal.

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Motion.

Name and location of the court where the motion or petition was filed: Delaware Superior Court, Sussex County.

Docket or case number (if you know): 000100 3156.

Date of the court's decision:  October 1, 2002.

AO 241
(Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available):  denied.

(3) Did you receive a hearing on your motion or petition?                                    ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?                               ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court, Dover, DE.

Docket or case number (if you know): No. 591, 2002.

Date of the court's decision: February 28, 2003.

Result (attach a copy of the court's opinion or order, if available): Affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you : have used to exhaust your state remedies on Ground Two  None .

**GROUND THREE:**   ABUSE OF DISCRETION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial Judge abused his discretion by denying petitioner's Motion to Dismiss his attorney due to conflict, without holding an evidentiary hearing, and Requiring petitioner to be represented by attorney, and denying petitioner proper and professional legal assistance as required by the 6th Amendment of U.S. Constitution and violation of his due process.

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why? N/A .

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Did not file direct appeal.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 motion.

Name and location of the court where the motion or petition was filed: Superior Court of State of Delaware, Sussex County.

Docket or case number (if you know): 0001003156

Date of the court's decision: October 1, 2002.

Result (attach a copy of the court's opinion or order, if available): Denied.

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court, Dover DE.

Docket or case number (if you know): No. 591, 2002.

Date of the court's decision: February 28, 2003.

Result (attach a copy of the court's opinion or order, if available): Affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: None.

**GROUND FOUR:** THE PROSECUTION DID NOT ESTABLISH THAT PETITIONER WAS ELIGIBLE FOR SENTENCING AS A HABITUAL OFFENDER.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The state did not establish that the date of one offense resulting in a conviction must occur after the date of the sentencing on the prior conviction in order to provide a defendant with some chance at rehabilitation. The colloquy was not sufficient.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Did Not File direct appeal.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 motion.

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed: Superior Court of the State of Delaware, Sussex County.

Docket or case number (if you know): 000100 3156.

Date of the court's decision: January 26, 2007.

Result (attach a copy of the court's opinion or order, if available): Denied.

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court, Dover, DE.

Docket or case number (if you know): No. 94, 2007

Date of the court's decision: July 20, 2007

Result (attach a copy of the court's opinion or order, if available): Affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: None.

AO 241
(Rev. 12/04)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:  N/A

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:  No.

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.  N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.
           N/A

AO 241
(Rev. 12/04)

Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: N/A

(c) At trial: N/A

(d) At sentencing: Karl Haller.

(e) On appeal: N/A

(f) In any post-conviction proceeding: Pro se.

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro se.

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
future?        ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* The one-year
Statute of limitation as contained in 28 U.S.C. §2244(d) does not bar my
petition. Due to ineffective assistance of counsel petitioner was unable to raise
these claims during direct appehl. Moreso, counsel gave no advice at all
about the AEDPA statute of limitations. Advice about the AEDPA's
time requirements is so fundamental and so intimately linked to

AO 241
(Rev. 12/04)

Proceedings on direct appeal, that failure to advise petitioner at all about the AEDPA amounts to appellate Ineffective Assistance of counsel, which is covered by the 6th Amendment.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

Page 16

(2)    The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Reverse conviction and Sentence.
Grant a New trial,

or any other relief to which petitioner may be entitled. Release from Custody. Dismissal of
Indictment.

_____N / A_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for
Writ of Habeas Corpus was placed in the prison mailing system on _____8 / 8 /07_____ (month, date, year).

Executed (signed) on _____8 /8 /07_____ (date).

_____Reccarb Weatherspoon_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *

## **Certificate of Service**

I, _Recardo R. Weatherspoon_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Habeas Coepus_

_____ upon the following

parties/person (s):

TO: _Attorney Generals Office_
_Dept. of Justice_
_114 East Market St._
_Georgetown DE 19847_
_____

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this _9 th_ day of _August_ ,200 _7_

_Recard Weatherspoon_

I/M:  Recardo Weatherspoon
SBI#  190626     UNIT  D|E

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE  19977**



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington , DE  19801