IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECARDO B. WEATHERSPOON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-495-*** |
| | ) | |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

RECEIVED

SEP -- 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AEDPA ELECTION FORM

1. ✓     I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____     I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

*Recarrb Weatherspoon*
Petitioner

I/M Ricardo B. Weatherspoon
SBI# 190626  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
31 AUG 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801