D.I. # _____

# CIVIL ACTION NUMBER: 07CV 495

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

