United States District Court

For the District of Delaware



**FILED**

SEP 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv495axx

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____  ☐ Agent  ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery <br> JAMES J NOLEN   9/4 |
| 1. Article Addressed to: <br><br> WARDEN TOM CARROLL <br> DELAWARE CORRECTIONAL CENTER <br> 1181 PADDOCK RD. <br> SMYRNA, DE 19977 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*)   7003 1680 0002 2585 9448 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |