IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECARDO WEATHERSPOON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-495-*** |
| | ) | |
| ELIZABETH BURRIS, Acting Warden and JOSEPH R. BIDEN III, Attorney General for the State of Delaware | ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

This __2__ day of __November__, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before December 3, 2007.

_____
United States District Judge