IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECARDO B. WEATHERSPOON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-495-JJF |
| | : | |
| PERRY PHELPS, Warden, and | : | |
| ATTORNEY GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

Respondents were granted an extension of time to file the certified State Court Records by December 31, 2007, but have not yet complied. Respondents shall file the State Court Records no later than August 4, 2008.

_____July 30, 2008_____  
DATE

_____[signature]_____  
UNITED STATES DISTRICT JUDGE