IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RECARDO WEATHERSPOON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-495-*** |
| ) | |
| **ELIZABETH BURRIS**, Acting Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

Notice is hereby given that certified copies of the following Delaware Supreme Court documents for *Recardo B. Weatherspoon v. State*, No. 94, 2007 (Del. Supr.) have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Motion to Affirm;

    c. Order (July 20, 2007).

Notice is also given that certified copies of the following Delaware Supreme Court documents for *Recardo B. Weatherspoon v. State*, No. 336, 2006 (Del. Supr.) have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Motion to Affirm;

    c. Order (March 15, 2004).

Notice is also given that certified copies of the following Delaware Supreme Court documents for *Recardo B. Weatherspoon v. State*, No. 452, 2003 (Del. Supr.) have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Motion to Affirm;

    c. Order (March 15, 2004)

Notice is also hereby given that certified copies of Delaware Supreme Court documents in *Recardo B. Weatherspoon*, No. 591, 2002 (Del. Supr.) have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Motion to Affirm;

    c. Order (February 28, 2003).

Respondents have also filed an uncertified copy of the Delaware Superior Court docket for *State v. Recardo B. Weatherspoon*, ID. 0001003156 (Del. Super. Ct.).

 

        /s/ Kevin M. Carroll  
        Deputy Attorney General  
        Department of Justice  
        820 N. French Street  
        Wilmington, DE 19801  
        (302) 577-8500  
        Del. Bar. ID No. 4836

DATE: August 1, 2008

3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on August 1, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

      Recardo Weatherspoon
      No. 190626
      1181 Paddock Road
      Delaware Correctional Center
      Smyrna, DE 19977

      /s/Kevin M. Carroll
      Deputy Attorney General
      Department of Justice
      820 N. French Street
      Wilmington, DE 19801
      (302) 577-8500
      Del. Bar. ID No. 4836
      Kevin.Carroll@state.de.us

Date:  August 1, 2008